*AmB*

*Buchlo*

*08c464*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## ORDER OF THE EXECUTIVE COMMITTEE

It appearing that the Hon. Rebecca R. Pallmeyer is currently participating in the Court's periodic calendar adjustment program as provided for by Internal Operating Procedure 18; and

It further appearing that, due to a clerical error, 8 C 464, *Sims v. Cavalry Investments, LLC, et al.*, was randomly assigned to Judge Pallmeyer; therefore

It is hereby ordered that 8 C 464, *Sims v. Cavalry Investments, LLC, et al.*, is to be reassigned by lot to another district judge of this Court.

**ENTER:**

**FOR THE EXECUTIVE COMMITTEE**

*James F. Holderman*
_____
Chief Judge James F. Holderman

Dated at Chicago, Illinois this **25 th** day of January, 2006