# APPENDIX A
# Part I of II



*Dorothy Brown*
# Clerk of the Circuit Court
*Cook County*

*Division: Civil*
**Click on Case Number for Case Information Summary**

Name Search Results for: CAVALRY PORTFOLIO

| Case Number | Plaintiff | Defendant | Date Filed |
|---|---|---|---|
| 2008-M1-101548 | CAVALRY PORTFOLIO | ROY ARUBA S | 01/08/2008 |
| 2008-M1-101549 | CAVALRY PORTFOLIO | ROBINSON ANGELA | 01/08/2008 |
| 2008-M1-101550 | CAVALRY PORTFOLIO | HOLLOWAY EULA | 01/08/2008 |
| 2008-M1-101554 | CAVALRY PORTFOLIO | JEFFERSON KATRINA | 01/08/2008 |
| 2008-M1-101557 | CAVALRY PORTFOLIO | BROWN CLORA A BURR | 01/08/2008 |
| 2008-M1-101558 | CAVALRY PORTFOLIO | VALLEJO EMILIANO A | 01/08/2008 |
| 2008-M1-101562 | CAVALRY PORTFOLIO | HEMPHILL JESSIE | 01/08/2008 |
| 2008-M1-101563 | CAVALRY PORTFOLIO | FLORES PAULA | 01/08/2008 |
| 2008-M1-101565 | CAVALRY PORTFOLIO | HUNTER ANGELO | 01/08/2008 |
| 2007-M1-256413 | CAVALRY PORTFOLIO | FLODIN INGRID K | 12/26/2007 |
| 2007-M1-256417 | CAVALRY PORTFOLIO | VARGAS BERTHSA A | 12/26/2007 |
| 2007-M1-256425 | CAVALRY PORTFOLIO | PAOLELLA FRANK A | 12/26/2007 |
| 2007-M1-256428 | CAVALRY PORTFOLIO | MAGAFAS JAMES J | 12/26/2007 |
| 2007-M1-256430 | CAVALRY PORTFOLIO | BANKS GREGORY A | 12/26/2007 |
| 2007-M1- | CAVALRY | MANDER DANIEL M | 12/26/2007 |

| | | | |
|---|---|---|---|
| 256432 | PORTFOLIO | | |
| 2007-M1-256433 | CAVALRY PORTFOLIO | PREEYAGRYSORN NINA | 12/26/2007 |
| 2007-M1-256435 | CAVALRY PORTFOLIO | COOKS MARCUS C | 12/26/2007 |
| 2007-M1-256436 | CAVALRY PORTFOLIO | SMITH ERICA | 12/26/2007 |
| 2007-M1-256470 | CAVALRY PORTFOLIO | TOLE MEGAN M | 12/26/2007 |
| 2007-M1-256472 | CAVALRY PORTFOLIO | GRAY JASON M | 12/26/2007 |
| 2007-M1-254836 | CAVALRY PORTFOLIO | HOLLIMON DANNETTE | 12/20/2007 |
| 2007-M1-252905 | CAVALRY PORTFOLIO | CARBAJAL OCTAVIO | 12/16/2007 |
| 2007-M1-252907 | CAVALRY PORTFOLIO | WADE JEROME W | 12/16/2007 |
| 2007-M1-252909 | CAVALRY PORTFOLIO | SUNDQUIST DAVID S | 12/16/2007 |
| 2007-M1-252910 | CAVALRY PORTFOLIO | BROWN CONNIE C | 12/16/2007 |
| 2007-M1-252911 | CAVALRY PORTFOLIO | ALLEN BERTRAM | 12/16/2007 |
| 2007-M1-252912 | CAVALRY PORTFOLIO | MIHAILA EMANUEL | 12/16/2007 |
| 2007-M1-252913 | CAVALRY PORTFOLIO | DAVIS STANLEY C | 12/16/2007 |
| 2007-M1-252914 | CAVALRY PORTFOLIO | LIZAMA JOSE G | 12/16/2007 |
| 2007-M1-252915 | CAVALRY PORTFOLIO | WILLIAMS LATOYA L | 12/16/2007 |
| 2007-M1-252916 | CAVALRY PORTFOLIO | ORTIZ CARMEN M | 12/16/2007 |
| 2007-M1-252917 | CAVALRY PORTFOLIO | MAGANA PAULO | 12/16/2007 |
| 2007-M1-252918 | CAVALRY PORTFOLIO | HAWKINS LOISTEEN L | 12/16/2007 |
| 2007-M1-252919 | CAVALRY PORTFOLIO | JOHNSON JAMES R | 12/16/2007 |
| 2007-M1-252920 | CAVALRY PORTFOLIO | DIAZ DANIEL | 12/16/2007 |
| 2007-M1-252921 | CAVALRY PORTFOLIO | ROBINSON MARRON | 12/16/2007 |

| 2007-M1-252922 | CAVALRY PORTFOLIO | WARRIOR ERICA | 12/16/2007 |
|---|---|---|---|
| 2007-M1-252923 | CAVALRY PORTFOLIO | CROSBY DARRYL D | 12/16/2007 |
| 2007-M1-252924 | CAVALRY PORTFOLIO | REYES PERLA M | 12/16/2007 |
| 2007-M1-252925 | CAVALRY PORTFOLIO | LONDON SUSIE L | 12/16/2007 |
| 2007-M1-252926 | CAVALRY PORTFOLIO | STEWARD MICHELLE L | 12/16/2007 |
| 2007-M1-252927 | CAVALRY PORTFOLIO | MARABHA JIHAD A | 12/16/2007 |
| 2007-M1-252928 | CAVALRY PORTFOLIO | YORICK LINDSAY | 12/16/2007 |
| 2007-M1-252930 | CAVALRY PORTFOLIO | YOUNG BRIAN A | 12/16/2007 |
| 2007-M1-252932 | CAVALRY PORTFOLIO | WILLIAMSON MARIO L | 12/16/2007 |
| 2007-M1-252934 | CAVALRY PORTFOLIO | CLARK VANESSA | 12/16/2007 |
| 2007-M1-252936 | CAVALRY PORTFOLIO | KRAUCHUN PAUL J | 12/16/2007 |
| 2007-M1-252937 | CAVALRY PORTFOLIO | LOPEZ JESSICA R | 12/16/2007 |
| 2007-M1-252938 | CAVALRY PORTFOLIO | CONOBOY CYNTHIA J | 12/16/2007 |
| 2007-M1-252939 | CAVALRY PORTFOLIO | BAKER BILAL | 12/16/2007 |
| 2007-M1-252940 | CAVALRY PORTFOLIO | CHRISTMAS JOSE | 12/16/2007 |
| 2007-M1-252941 | CAVALRY PORTFOLIO | MOORE KAREN D | 12/16/2007 |
| 2007-M1-252942 | CAVALRY PORTFOLIO | NASRI SAMIR A | 12/16/2007 |
| 2007-M1-252943 | CAVALRY PORTFOLIO | LOZANO JOSEFINA | 12/16/2007 |
| 2007-M1-252944 | CAVALRY PORTFOLIO | GONZALEZ LUCIO | 12/16/2007 |
| 2007-M1-252945 | CAVALRY PORTFOLIO | MATHEWS ROXANN | 12/16/2007 |
| 2007-M1-252946 | CAVALRY PORTFOLIO | SHOUSE RICHARD R | 12/16/2007 |
| 2007-M1- | CAVALRY | | |

| | | | |
|---|---|---|---|
| 252947 | PORTFOLIO | DRAGANIC IVANKA | 12/16/2007 |
| 2007-M1-252948 | CAVALRY PORTFOLIO | ZAHOS NICHOLAS C | 12/16/2007 |
| 2007-M1-252949 | CAVALRY PORTFOLIO | CHOUDHRY MUHAMMAD | 12/16/2007 |
| 2007-M1-252950 | CAVALRY PORTFOLIO | CABRERA MANUEL T | 12/16/2007 |
| 2007-M1-252951 | CAVALRY PORTFOLIO | BENITEZ SERGIO | 12/16/2007 |
| 2007-M1-252952 | CAVALRY PORTFOLIO | GARRIOTTE BRIAN | 12/16/2007 |
| 2007-M1-252953 | CAVALRY PORTFOLIO | BROWN TOMMIE L | 12/16/2007 |
| 2007-M1-252954 | CAVALRY PORTFOLIO | EGAN JOHN | 12/16/2007 |
| 2007-M1-252955 | CAVALRY PORTFOLIO | GELET GUY R | 12/16/2007 |
| 2007-M1-252956 | CAVALRY PORTFOLIO | NAKKAO SOMSONG | 12/16/2007 |
| 2007-M1-252957 | CAVALRY PORTFOLIO | CASTANEDA IVANA | 12/16/2007 |
| 2007-M1-252958 | CAVALRY PORTFOLIO | MATELSKI URSULA B | 12/16/2007 |
| 2007-M1-252651 | CAVALRY PORTFOLIO | RATLIFF ROBERT R | 12/15/2007 |
| 2007-M1-251247 | CAVALRY PORTFOLIO | HOWARD LORRAINE | 12/13/2007 |
| 2007-M1-251250 | CAVALRY PORTFOLIO | RIVERA ANA L | 12/13/2007 |
| 2007-M1-251254 | CAVALRY PORTFOLIO | GARCIA MACEDONIO | 12/13/2007 |
| 2007-M1-251260 | CAVALRY PORTFOLIO | PEREZ THELMA J | 12/13/2007 |
| 2007-M1-251267 | CAVALRY PORTFOLIO | MURRAY JAMES M | 12/13/2007 |
| 2007-M1-251274 | CAVALRY PORTFOLIO | FEYS NICHOLAS | 12/13/2007 |
| 2007-M1-251278 | CAVALRY PORTFOLIO | ALVAREZ MARCO A | 12/13/2007 |
| 2007-M1-251281 | CAVALRY PORTFOLIO | BARAZI AMMAR B | 12/13/2007 |
| 2007-M1-251283 | CAVALRY PORTFOLIO | CONNER NICOLE | 12/13/2007 |

| Case Number | Plaintiff | Defendant | Date |
|---|---|---|---|
| 2007-M1-251388 | CAVALRY PORTFOLIO | MORENO STEVEN | 12/13/2007 |
| 2007-M1-251389 | CAVALRY PORTFOLIO | CRITTENDEN MARVIN | 12/13/2007 |
| 2007-M1-251390 | CAVALRY PORTFOLIO | LEWIS ORA L THOMAS | 12/13/2007 |
| 2007-M1-222429 | CAVALRY PORTFOLIO | LOZOYA ANTONIO | 12/08/2007 |
| 2007-M1-222431 | CAVALRY PORTFOLIO | RIOS CELIA F | 12/08/2007 |
| 2007-M1-222432 | CAVALRY PORTFOLIO | MACK ANGEL | 12/08/2007 |
| 2007-M1-222434 | CAVALRY PORTFOLIO | BUTLER JAMES | 12/08/2007 |
| 2007-M1-222437 | CAVALRY PORTFOLIO | SIGLOCK CHRISTOPHE | 12/08/2007 |
| 2007-M1-222439 | CAVALRY PORTFOLIO | OROURKE THOMAS | 12/08/2007 |
| 2007-M1-222441 | CAVALRY PORTFOLIO | LEE CHIN SUK | 12/08/2007 |
| 2007-M1-222445 | CAVALRY PORTFOLIO | DOSIER DORI | 12/08/2007 |
| 2007-M1-222447 | CAVALRY PORTFOLIO | GARCIA JUANA M | 12/08/2007 |
| 2007-M1-222455 | CAVALRY PORTFOLIO | MARASIGAN MARIA S | 12/08/2007 |
| 2007-M1-222460 | CAVALRY PORTFOLIO | JOSEPH HOWARD | 12/08/2007 |
| 2007-M1-222462 | CAVALRY PORTFOLIO | BARNER ANNIE | 12/08/2007 |
| 2007-M1-222716 | CAVALRY PORTFOLIO | IBRAHIM NABIL A | 12/08/2007 |
| 2007-M1-222893 | CAVALRY PORTFOLIO | ANON INC | 12/08/2007 |
| 2007-M1-222896 | CAVALRY PORTFOLIO | TRUONG HOA | 12/08/2007 |
| 2007-M1-222898 | CAVALRY PORTFOLIO | KEY CHERI L | 12/08/2007 |
| 2007-M1-222901 | CAVALRY PORTFOLIO | WILLIAMS KIMBERLY | 12/08/2007 |
| 2007-M1-222903 | CAVALRY PORTFOLIO | KIMBLE TAMIKA L | 12/08/2007 |
| 2007-M1- | CAVALRY | | |

| 222906 | PORTFOLIO | MYVETT SHERILEE | 12/08/2007 |
|---|---|---|---|
| 2007-M1-222908 | CAVALRY PORTFOLIO | YUNDA PEDRO | 12/08/2007 |
| 2007-M1-222911 | CAVALRY PORTFOLIO | HENRY DARREN R | 12/08/2007 |
| 2007-M1-222914 | CAVALRY PORTFOLIO | CARTHON JOHNATHAN | 12/08/2007 |
| 2007-M1-222916 | CAVALRY PORTFOLIO | BELEYCHUK LESYA | 12/08/2007 |
| 2007-M1-222919 | CAVALRY PORTFOLIO | SMITH GLORIA J | 12/08/2007 |
| 2007-M1-222921 | CAVALRY PORTFOLIO | BARGE ANDREW | 12/08/2007 |
| 2007-M1-222924 | CAVALRY PORTFOLIO | SIWAMUTITA CHACHAW | 12/08/2007 |
| 2007-M1-222927 | CAVALRY PORTFOLIO | PRIDGEOM CHARLES | 12/08/2007 |
| 2007-M1-222929 | CAVALRY PORTFOLIO | HENDERSON AUNTRY | 12/08/2007 |
| 2007-M1-222932 | CAVALRY PORTFOLIO | CLARK ALLEN | 12/08/2007 |
| 2007-M1-222935 | CAVALRY PORTFOLIO | PARK JUNG | 12/08/2007 |
| 2007-M1-222937 | CAVALRY PORTFOLIO | HARTLEY DAVE | 12/08/2007 |
| 2007-M1-222938 | CAVALRY PORTFOLIO | SCHMIDTKE NORBERT | 12/08/2007 |
| 2007-M1-222939 | CAVALRY PORTFOLIO | JENKINS LAKESHIA | 12/08/2007 |
| 2007-M1-222940 | CAVALRY PORTFOLIO | ROBERSON CLEO E | 12/08/2007 |
| 2007-M1-222941 | CAVALRY PORTFOLIO | JOHNSON JERAE | 12/08/2007 |
| 2007-M1-222942 | CAVALRY PORTFOLIO | DAVIS EDITH M | 12/08/2007 |
| 2007-M1-222943 | CAVALRY PORTFOLIO | JAPELY MARY | 12/08/2007 |
| 2007-M1-222945 | CAVALRY PORTFOLIO | ALMAZAN EDGAR | 12/08/2007 |
| 2007-M1-222948 | CAVALRY PORTFOLIO | DORSEY KALVIN | 12/08/2007 |
| 2007-M1-222950 | CAVALRY PORTFOLIO | MILES SHERRI | 12/08/2007 |

| 2007-M1-222953 | CAVALRY PORTFOLIO | JOHNSON DICIE L | 12/08/2007 |
| --- | --- | --- | --- |
| 2007-M1-222955 | CAVALRY PORTFOLIO | EARNER TINA J | 12/08/2007 |
| 2007-M1-222962 | CAVALRY PORTFOLIO | BELL EBONY N | 12/08/2007 |
| 2007-M1-222964 | CAVALRY PORTFOLIO | PEREZ SAUL | 12/08/2007 |
| 2007-M1-221924 | CAVALRY PORTFOLIO | TAYLOR ANGELA | 12/07/2007 |
| 2007-M1-221925 | CAVALRY PORTFOLIO | WYATT SHARON M | 12/07/2007 |
| 2007-M1-221926 | CAVALRY PORTFOLIO | KOWALCZYK M E | 12/07/2007 |
| 2007-M1-221927 | CAVALRY PORTFOLIO | GREER SHARA | 12/07/2007 |
| 2007-M1-221928 | CAVALRY PORTFOLIO | VAUGHN RENEE | 12/07/2007 |
| 2007-M1-221929 | CAVALRY PORTFOLIO | MORENO CESAR | 12/07/2007 |
| 2007-M1-203911 | CAVALRY PORTFOLIO | MADISON WILLIAM | 10/18/2007 |
| 2007-M1-203912 | CAVALRY PORTFOLIO | CHAVERS KEVIN | 10/18/2007 |
| 2007-M1-203913 | CAVALRY PORTFOLIO | KRONIGER CHARLES H | 10/18/2007 |
| 2007-M1-203914 | CAVALRY PORTFOLIO | MACASAET ANALIZA | 10/18/2007 |
| 2007-M1-203915 | CAVALRY PORTFOLIO | GORDON JEROME L | 10/18/2007 |
| 2007-M1-203916 | CAVALRY PORTFOLIO | CORDONE ANTHONY G | 10/18/2007 |
| 2007-M1-203917 | CAVALRY PORTFOLIO | JOHNSON CHARLES R | 10/18/2007 |
| 2007-M1-203918 | CAVALRY PORTFOLIO | JONES JEANETTE | 10/18/2007 |
| 2007-M1-203919 | CAVALRY PORTFOLIO | ANDERSON TERRELL C | 10/18/2007 |
| 2007-M1-203920 | CAVALRY PORTFOLIO | JOHNSON KAROL L | 10/18/2007 |
| 2007-M1-202125 | CAVALRY PORTFOLIO | CARICO NORMA J | 10/15/2007 |
| 2007-M1- | CAVALRY | | |

| | | | |
|---|---|---|---|
| 201470 | PORTFOLIO | FIORDIROSA ANTHONY | 10/12/2007 |
| 2007-M1-201473 | CAVALRY PORTFOLIO | DELGADO GABRIELA | 10/12/2007 |
| 2007-M1-201583 | CAVALRY PORTFOLIO | SLEIN SCOTT | 10/12/2007 |
| 2007-M1-201585 | CAVALRY PORTFOLIO | TALAGA STANLEY | 10/12/2007 |
| 2007-M1-201586 | CAVALRY PORTFOLIO | MORA ROLANDO | 10/12/2007 |
| 2007-M1-201587 | CAVALRY PORTFOLIO | BREWER JOYCE A | 10/12/2007 |
| 2007-M1-201588 | CAVALRY PORTFOLIO | SCHILLER PATRICK | 10/12/2007 |
| 2007-M1-201589 | CAVALRY PORTFOLIO | DAVIS TERELL | 10/12/2007 |
| 2007-M1-201599 | CAVALRY PORTFOLIO | BUCKNER HENRY L | 10/12/2007 |
| 2007-M1-201613 | CAVALRY PORTFOLIO | BIELECKI WILLIAM | 10/12/2007 |
| 2007-M1-195362 | CAVALRY PORTFOLIO | BARNETT CHARLES F | 09/25/2007 |
| 2007-M1-195363 | CAVALRY PORTFOLIO | ARGOL DIANNA M | 09/25/2007 |
| 2007-M1-195364 | CAVALRY PORTFOLIO | RAMIREZ JORGE | 09/25/2007 |
| 2007-M1-195365 | CAVALRY PORTFOLIO | MARRERO FRANCISCO | 09/25/2007 |
| 2007-M1-195366 | CAVALRY PORTFOLIO | FLAVELL DEBORAH A | 09/25/2007 |
| 2007-M1-195370 | CAVALRY PORTFOLIO | HARRIS SAMUEL M | 09/25/2007 |
| 2007-M1-195371 | CAVALRY PORTFOLIO | RODRIGUEZ ISMAEL | 09/25/2007 |
| 2007-M1-195372 | CAVALRY PORTFOLIO | NELSON JOSEPH R | 09/25/2007 |
| 2007-M1-195373 | CAVALRY PORTFOLIO | ZARAGOZA OMAR | 09/25/2007 |
| 2007-M1-195374 | CAVALRY PORTFOLIO | NAVARRO LETICIA | 09/25/2007 |
| 2007-M1-195375 | CAVALRY PORTFOLIO | NUTE ANDREW | 09/25/2007 |
| 2007-M1-195379 | CAVALRY PORTFOLIO | MCGEE MARVA | 09/25/2007 |

| 2007-M1-195383 | CAVALRY PORTFOLIO | KNIGHT JOHNNY R R | 09/25/2007 |
|---|---|---|---|
| 2007-M1-195384 | CAVALRY PORTFOLIO | IBARRA JUAN G | 09/25/2007 |
| 2007-M1-195385 | CAVALRY PORTFOLIO | GOOD WILLIAM R | 09/25/2007 |
| 2007-M1-195386 | CAVALRY PORTFOLIO | MAJOR CHUCK | 09/25/2007 |
| 2007-M1-195387 | CAVALRY PORTFOLIO | MARTINEZ CARLOS | 09/25/2007 |
| 2007-M1-195388 | CAVALRY PORTFOLIO | PATEL SANJANA | 09/25/2007 |
| 2007-M1-195389 | CAVALRY PORTFOLIO | JONES GALE A | 09/25/2007 |
| 2007-M1-191730 | CAVALRY PORTFOLIO | TERAN JOSE | 09/14/2007 |
| 2007-M1-191731 | CAVALRY PORTFOLIO | ANDRE HALLE M | 09/14/2007 |
| 2007-M1-191732 | CAVALRY PORTFOLIO | HEARD LESSIE M | 09/14/2007 |
| 2007-M1-191733 | CAVALRY PORTFOLIO | SHELL HOWARD O | 09/14/2007 |
| 2007-M1-191734 | CAVALRY PORTFOLIO | CHRISTIAN JOHN W | 09/14/2007 |
| 2007-M1-191735 | CAVALRY PORTFOLIO | MORALDE RALDO | 09/14/2007 |
| 2007-M1-191736 | CAVALRY PORTFOLIO | RUSSELL TALEA D | 09/14/2007 |
| 2007-M1-191746 | CAVALRY PORTFOLIO | WASHINGTON GWENDOL | 09/14/2007 |
| 2007-M1-191747 | CAVALRY PORTFOLIO | NICHITOI ANGELA | 09/14/2007 |
| 2007-M1-191749 | CAVALRY PORTFOLIO | ADEKOYA OLAYINKAY | 09/14/2007 |
| 2007-M1-190046 | CAVALRY PORTFOLIO | GERSON ELAINE W | 09/11/2007 |
| 2007-M1-190049 | CAVALRY PORTFOLIO | SHAW WILLIAM | 09/11/2007 |
| 2007-M1-190051 | CAVALRY PORTFOLIO | HILBIBRAND KEITH R | 09/11/2007 |
| 2007-M1-190052 | CAVALRY PORTFOLIO | HESTER LINDORE P | 09/11/2007 |
| 2007-M1- | CAVALRY | | |

| | | | |
|---|---|---|---|
| 190055 | PORTFOLIO | STEWART LAVERN W | 09/11/2007 |
| 2007-M1-190060 | CAVALRY PORTFOLIO | SCOTT LAMIA M | 09/11/2007 |
| 2007-M1-182946 | CAVALRY PORTFOLIO | BYRD DOROTHY | 08/21/2007 |
| 2007-M1-182947 | CAVALRY PORTFOLIO | MOLDZEN JOHN P | 08/21/2007 |
| 2007-M1-182948 | CAVALRY PORTFOLIO | NELSON DOROTHY | 08/21/2007 |
| 2007-M1-182949 | CAVALRY PORTFOLIO | BUFORD DANNY | 08/21/2007 |
| 2007-M1-182950 | CAVALRY PORTFOLIO | BAIR ANNIE | 08/21/2007 |
| 2007-M1-182951 | CAVALRY PORTFOLIO | WELCH MARQUITTA A | 08/21/2007 |
| 2007-M1-182952 | CAVALRY PORTFOLIO | MCCURINE MARLON A | 08/21/2007 |
| 2007-M1-182953 | CAVALRY PORTFOLIO | BELEYCHUK LESYA | 08/21/2007 |
| 2007-M1-182954 | CAVALRY PORTFOLIO | FRY ROBERT | 08/21/2007 |
| 2007-M1-182955 | CAVALRY PORTFOLIO | BOYKINS LAWRENCE P | 08/21/2007 |
| 2007-M1-182956 | CAVALRY PORTFOLIO | CALKINS STEVE | 08/21/2007 |
| 2007-M1-182957 | CAVALRY PORTFOLIO | JAMISON ROMEL | 08/21/2007 |
| 2007-M1-182958 | CAVALRY PORTFOLIO | HARRTIS ALBERT W | 08/21/2007 |
| 2007-M1-182959 | CAVALRY PORTFOLIO | ADAMS DELRICE | 08/21/2007 |
| 2007-M1-182960 | CAVALRY PORTFOLIO | RYAN CLEO E | 08/21/2007 |
| 2007-M1-182961 | CAVALRY PORTFOLIO | WEST ISAAC R | 08/21/2007 |
| 2007-M1-182962 | CAVALRY PORTFOLIO | CASH PRISCILLA | 08/21/2007 |
| 2007-M1-182963 | CAVALRY PORTFOLIO | MULDROW THALLISSI | 08/21/2007 |
| 2007-M1-182964 | CAVALRY PORTFOLIO | FULLER IRENE E | 08/21/2007 |
| 2007-M1-182965 | CAVALRY PORTFOLIO | LADD DAVID | 08/21/2007 |

| | | | |
|---|---|---|---|
| 2007-M1-182967 | CAVALRY PORTFOLIO | HAJAHMAD NIDAL | 08/21/2007 |
| 2007-M1-182969 | CAVALRY PORTFOLIO | SIMONS JANICE | 08/21/2007 |
| 2007-M1-182970 | CAVALRY PORTFOLIO | WILLIAMS BRIDGETTE | 08/21/2007 |
| 2007-M1-182972 | CAVALRY PORTFOLIO | BASS JEFFREY G | 08/21/2007 |
| 2007-M1-182973 | CAVALRY PORTFOLIO | THORNTON L J | 08/21/2007 |
| 2007-M1-182974 | CAVALRY PORTFOLIO | COBB WILLIAM | 08/21/2007 |
| 2007-M1-182975 | CAVALRY PORTFOLIO | THOMAS DENISE | 08/21/2007 |
| 2007-M1-182976 | CAVALRY PORTFOLIO | PETTY JAN L | 08/21/2007 |
| 2007-M1-182977 | CAVALRY PORTFOLIO | SANCHEZ JOEL | 08/21/2007 |
| 2007-M1-182978 | CAVALRY PORTFOLIO | TAYLOR BARBARA D | 08/21/2007 |
| 2007-M1-182979 | CAVALRY PORTFOLIO | DAVIS JOANNE | 08/21/2007 |
| 2007-M1-182980 | CAVALRY PORTFOLIO | JONES THERESA | 08/21/2007 |
| 2007-M1-182982 | CAVALRY PORTFOLIO | MACKIE TRACI | 08/21/2007 |
| 2007-M1-182145 | CAVALRY PORTFOLIO | ELLZEY BESSIE M | 08/17/2007 |
| 2007-M1-182146 | CAVALRY PORTFOLIO | STENSBY ERIK T | 08/17/2007 |
| 2007-M1-182154 | CAVALRY PORTFOLIO | ELMATARI JALAL S | 08/17/2007 |
| 2007-M1-182156 | CAVALRY PORTFOLIO | VIGH DANIEL | 08/17/2007 |
| 2007-M1-182157 | CAVALRY PORTFOLIO | LINDSEY ELEANOR | 08/17/2007 |
| 2007-M1-182165 | CAVALRY PORTFOLIO | MCDONALD ETHER | 08/17/2007 |
| 2007-M1-182166 | CAVALRY PORTFOLIO | HUGHES CHRISTINE J | 08/17/2007 |
| 2007-M1-182167 | CAVALRY PORTFOLIO | BALUK GREGORY | 08/17/2007 |
| 2007-M1- | CAVALRY | | |

| 182168 | PORTFOLIO | EISCHEN ANGELIQUE | 08/17/2007 |
|---|---|---|---|
| 2007-M1-182169 | CAVALRY PORTFOLIO | LI JI W | 08/17/2007 |
| 2007-M1-601080 | CAVALRY PORTFOLIO | ALPORT LEAH | 08/13/2007 |
| 2007-M1-177508 | CAVALRY PORTFOLIO | SHERLEY MISHAEL | 08/03/2007 |
| 2007-M1-177509 | CAVALRY PORTFOLIO | CRUMB TRACY | 08/03/2007 |
| 2007-M1-177510 | CAVALRY PORTFOLIO | HUFFSTEAD RAYMOND | 08/03/2007 |
| 2007-M1-177511 | CAVALRY PORTFOLIO | BROWN MAUREEN G | 08/03/2007 |
| 2007-M1-177512 | CAVALRY PORTFOLIO | DANTZLER IRA | 08/03/2007 |
| 2007-M1-177513 | CAVALRY PORTFOLIO | CHOI SEUNG S | 08/03/2007 |
| 2007-M1-177514 | CAVALRY PORTFOLIO | PEOPLES PAUL | 08/03/2007 |
| 2007-M1-177515 | CAVALRY PORTFOLIO | CARUSO ENRICO X | 08/03/2007 |
| 2007-M1-177516 | CAVALRY PORTFOLIO | SCOTT JEANNE A QUI | 08/03/2007 |
| 2007-M1-177517 | CAVALRY PORTFOLIO | HOUDEK PATRICK | 08/03/2007 |
| 2007-M1-177518 | CAVALRY PORTFOLIO | KEOGH TIMOTHY | 08/03/2007 |
| 2007-M1-177519 | CAVALRY PORTFOLIO | WLODARCZYK BOGDAN | 08/03/2007 |
| 2007-M1-177520 | CAVALRY PORTFOLIO | CORREVONT JOSEPH | 08/03/2007 |
| 2007-M1-177521 | CAVALRY PORTFOLIO | HARPER LANNELL D | 08/03/2007 |
| 2007-M1-177526 | CAVALRY PORTFOLIO | CHRISTIAN HARLONY | 08/03/2007 |
| 2007-M1-177527 | CAVALRY PORTFOLIO | DORSEY TYLER | 08/03/2007 |
| 2007-M1-176940 | CAVALRY PORTFOLIO | ROBINSON RENATA | 08/02/2007 |
| 2007-M1-176943 | CAVALRY PORTFOLIO | HAZELWOOD LASHAWND | 08/02/2007 |
| 2007-M1-176945 | CAVALRY PORTFOLIO | BOGACKI ANTOINETTE | 08/02/2007 |

| 2007-M1-176946 | CAVALRY PORTFOLIO | WATSON KEVIN | 08/02/2007 |
|---|---|---|---|
| 2007-M1-176948 | CAVALRY PORTFOLIO | LEVINE BARBARA | 08/02/2007 |
| 2007-M1-176949 | CAVALRY PORTFOLIO | BOYLE ALEC | 08/02/2007 |
| 2007-M1-176950 | CAVALRY PORTFOLIO | LEGR9ONE HELEN R | 08/02/2007 |
| 2007-M1-176952 | CAVALRY PORTFOLIO | MENA JUAN F | 08/02/2007 |
| 2007-M1-176954 | CAVALRY PORTFOLIO | ANDERSON LYDIA | 08/02/2007 |
| 2007-M1-176956 | CAVALRY PORTFOLIO | DUNKINS LARRY | 08/02/2007 |
| 2007-M1-176958 | CAVALRY PORTFOLIO | GARCIA ANTONIO | 08/02/2007 |
| 2007-M1-176959 | CAVALRY PORTFOLIO | BARRETT MICHELLE | 08/02/2007 |
| 2007-M1-176961 | CAVALRY PORTFOLIO | DENTON ERNEST | 08/02/2007 |
| 2007-M1-176963 | CAVALRY PORTFOLIO | ANDERSON DOMINIQUE | 08/02/2007 |
| 2007-M1-176965 | CAVALRY PORTFOLIO | FRANKLIN SHIRLEY | 08/02/2007 |
| 2007-M1-176967 | CAVALRY PORTFOLIO | ROPER MARY E | 08/02/2007 |
| 2007-M1-176968 | CAVALRY PORTFOLIO | RIZVI FARHAT | 08/02/2007 |
| 2007-M1-176972 | CAVALRY PORTFOLIO | SIBERT JOHN H | 08/02/2007 |
| 2007-M1-176974 | CAVALRY PORTFOLIO | WEBB SHELIA | 08/02/2007 |
| 2007-M1-176976 | CAVALRY PORTFOLIO | JOHNSON BERNETTA | 08/02/2007 |
| 2007-M1-176977 | CAVALRY PORTFOLIO | GONZALEZ JOSE | 08/02/2007 |
| 2007-M1-176979 | CAVALRY PORTFOLIO | RILEY ANGELA | 08/02/2007 |
| 2007-M1-176981 | CAVALRY PORTFOLIO | MCLAURIN VICKY | 08/02/2007 |
| 2007-M1-176983 | CAVALRY PORTFOLIO | SAULSBERRY MORIYA | 08/02/2007 |
| 2007-M1- | CAVALRY | | |

| 176985 | PORTFOLIO | SWEIS JOHN | 08/02/2007 |
|---|---|---|---|
| 2007-M1-176987 | CAVALRY PORTFOLIO | TEVERBAUGH ERIC C | 08/02/2007 |
| 2007-M1-176989 | CAVALRY PORTFOLIO | HATTER ANGELA L | 08/02/2007 |
| 2007-M1-175967 | CAVALRY PORTFOLIO | YAP CIPRIANO L | 07/31/2007 |
| 2007-M1-172803 | CAVALRY PORTFOLIO | DOWNEY WILLIE C | 07/23/2007 |
| 2007-M1-172804 | CAVALRY PORTFOLIO | DEAR MONIQUE | 07/23/2007 |
| 2007-M1-172805 | CAVALRY PORTFOLIO | BECERRA DAVID | 07/23/2007 |
| 2007-M1-172806 | CAVALRY PORTFOLIO | WEBBER GARRY | 07/23/2007 |
| 2007-M1-172807 | CAVALRY PORTFOLIO | CLAYBORN EREATHA | 07/23/2007 |
| 2007-M1-172808 | CAVALRY PORTFOLIO | LASPINA VINCENT | 07/23/2007 |
| 2007-M1-172809 | CAVALRY PORTFOLIO | SHERRING ZUBIN | 07/23/2007 |
| 2007-M1-172810 | CAVALRY PORTFOLIO | BRUNSON JOHN | 07/23/2007 |
| 2007-M1-172811 | CAVALRY PORTFOLIO | LEE MARJORIE | 07/23/2007 |
| 2007-M1-172815 | CAVALRY PORTFOLIO | FISHER MATTHEW | 07/23/2007 |
| 2007-M1-172817 | CAVALRY PORTFOLIO | MOLINA NYDIA | 07/23/2007 |
| 2007-M1-172818 | CAVALRY PORTFOLIO | FLORES ISMAEL E | 07/23/2007 |
| 2007-M1-172819 | CAVALRY PORTFOLIO | ROSA ANGEL | 07/23/2007 |
| 2007-M1-172820 | CAVALRY PORTFOLIO | SANCHEZ ESTUARDO R | 07/23/2007 |
| 2007-M1-172821 | CAVALRY PORTFOLIO | KIM CHI | 07/23/2007 |
| 2007-M1-172827 | CAVALRY PORTFOLIO | PATE GERALDINE | 07/23/2007 |
| 2007-M1-172828 | CAVALRY PORTFOLIO | CARDENAS JOEY E | 07/23/2007 |
| 2007-M1-172829 | CAVALRY PORTFOLIO | GROSS DORIS | 07/23/2007 |