# APPENDIX A
# Part II of II

| | | | |
|---|---|---|---|
| 2007-M1-171757 | CAVALRY PORTFOLIO | HAMPTON LIONEL | 07/18/2007 |
| 2007-M1-171760 | CAVALRY PORTFOLIO | OJOMO ADEKUNLE | 07/18/2007 |
| 2007-M1-171761 | CAVALRY PORTFOLIO | PITUCKPHAOSAKUL SU | 07/18/2007 |
| 2007-M1-171762 | CAVALRY PORTFOLIO | STUBBLEFIELD BARBA | 07/18/2007 |
| 2007-M1-171763 | CAVALRY PORTFOLIO | DONAHUE MARYANN | 07/18/2007 |
| 2007-M1-171770 | CAVALRY PORTFOLIO | FISHER SAMMIE | 07/18/2007 |
| 2007-M1-171771 | CAVALRY PORTFOLIO | PALIGA BRYAN A | 07/18/2007 |
| 2007-M1-171772 | CAVALRY PORTFOLIO | ESTES TIFFANY | 07/18/2007 |
| 2007-M1-171773 | CAVALRY PORTFOLIO | ALLEN LAWANDA | 07/18/2007 |
| 2007-M1-171778 | CAVALRY PORTFOLIO | HANKS MCKINNON C | 07/18/2007 |
| 2007-M1-171779 | CAVALRY PORTFOLIO | BOURNES NINA | 07/18/2007 |
| 2007-M1-171780 | CAVALRY PORTFOLIO | SEDIVY LORA M | 07/18/2007 |
| 2007-M1-164757 | CAVALRY PORTFOLIO | MUSONDA SAMUEL | 06/28/2007 |
| 2007-M1-163728 | CAVALRY PORTFOLIO | TAYLOR JESSIE | 06/26/2007 |
| 2007-M1-163729 | CAVALRY PORTFOLIO | SANDERS RASHEDA | 06/26/2007 |
| 2007-M1-163730 | CAVALRY PORTFOLIO | EDOM JAMIE | 06/26/2007 |
| 2007-M1-163739 | CAVALRY PORTFOLIO | SCAVELLA QUINTEN G | 06/26/2007 |
| 2007-M1-163745 | CAVALRY PORTFOLIO | GARCIA JOEL A | 06/26/2007 |
| 2007-M1-163746 | CAVALRY PORTFOLIO | JOHNSON DAVID C | 06/26/2007 |
| 2007-M1-161680 | CAVALRY PORTFOLIO | BRAGG JOAN E | 06/20/2007 |
| 2007-M1-161682 | CAVALRY PORTFOLIO | ESCOBAR RAMIRO | 06/20/2007 |
| 2007-M1- | CAVALRY | | |

Case 1:08-cv-00464   Document 12-3   Filed 02/07/2008   Page 3 of 15
Page 16 of 47

| | | | |
|---|---|---|---|
| 161684 | PORTFOLIO | MCNEAL YOLANDA | 06/20/2007 |
| 2007-M1-161687 | CAVALRY PORTFOLIO | WIGGINS SHEILA A | 06/20/2007 |
| 2007-M1-161691 | CAVALRY PORTFOLIO | BROWN PATRICK | 06/20/2007 |
| 2007-M1-161693 | CAVALRY PORTFOLIO | GREEN RANDI L | 06/20/2007 |
| 2007-M1-161695 | CAVALRY PORTFOLIO | KRIGERIS VALDA K | 06/20/2007 |
| 2007-M1-161697 | CAVALRY PORTFOLIO | CARR JAMES D | 06/20/2007 |
| 2007-M1-161700 | CAVALRY PORTFOLIO | LEE EARLE | 06/20/2007 |
| 2007-M1-161707 | CAVALRY PORTFOLIO | GREENE BRANDAN S | 06/20/2007 |
| 2007-M1-161709 | CAVALRY PORTFOLIO | KUROWSKI DENNIS J | 06/20/2007 |
| 2007-M1-161711 | CAVALRY PORTFOLIO | PA CHARLES | 06/20/2007 |
| 2007-M1-161713 | CAVALRY PORTFOLIO | ALVAREZ JORGE | 06/20/2007 |
| 2007-M1-161714 | CAVALRY PORTFOLIO | ROBINSON JACQUELIN | 06/20/2007 |
| 2007-M1-160632 | CAVALRY PORTFOLIO | STATES CHAPPIE | 06/19/2007 |
| 2007-M1-160635 | CAVALRY PORTFOLIO | SOBYRA STANLEY | 06/19/2007 |
| 2007-M1-160636 | CAVALRY PORTFOLIO | VALDOVINOS YESENIA | 06/19/2007 |
| 2007-M1-160637 | CAVALRY PORTFOLIO | TIMMS GAYNEL;L | 06/19/2007 |
| 2007-M1-160638 | CAVALRY PORTFOLIO | LAKE NEELY | 06/19/2007 |
| 2007-M1-160639 | CAVALRY PORTFOLIO | NICHOLSON KENZO | 06/19/2007 |
| 2007-M1-160641 | CAVALRY PORTFOLIO | CHRIST DAVID J | 06/19/2007 |
| 2007-M1-161223 | CAVALRY PORTFOLIO | CARTER ERIC O | 06/19/2007 |
| 2007-M1-161224 | CAVALRY PORTFOLIO | MITCHELL KRISTEN M | 06/19/2007 |
| 2007-M1-161225 | CAVALRY PORTFOLIO | NUBY CRYSTAL | 06/19/2007 |

| Case | Plaintiff | Defendant | Date |
|---|---|---|---|
| 2007-M1-158172 | CAVALRY PORTFOLIO | ROSHANALI JON A | 06/12/2007 |
| 2007-M1-158173 | CAVALRY PORTFOLIO | SPENCER CAVETTA | 06/12/2007 |
| 2007-M1-158178 | CAVALRY PORTFOLIO | MARTIRE SEAN | 06/12/2007 |
| 2007-M1-158179 | CAVALRY PORTFOLIO | PETKOV ILIAN R | 06/12/2007 |
| 2007-M1-158181 | CAVALRY PORTFOLIO | REZNAR FRANK | 06/12/2007 |
| 2007-M1-158183 | CAVALRY PORTFOLIO | WALKER JASON | 06/12/2007 |
| 2007-M1-158184 | CAVALRY PORTFOLIO | HRRIS THEMA | 06/12/2007 |
| 2007-M1-158185 | CAVALRY PORTFOLIO | PEREZ LUIS | 06/12/2007 |
| 2007-M1-158188 | CAVALRY PORTFOLIO | LAURY NIKKI | 06/12/2007 |
| 2007-M1-158189 | CAVALRY PORTFOLIO | EARL LEON | 06/12/2007 |
| 2007-M1-158190 | CAVALRY PORTFOLIO | INGRAM HORTENSE | 06/12/2007 |
| 2007-M1-158191 | CAVALRY PORTFOLIO | SANDERS CHARLES | 06/12/2007 |
| 2007-M1-158192 | CAVALRY PORTFOLIO | OSTERLING MARIA T | 06/12/2007 |
| 2007-M1-158193 | CAVALRY PORTFOLIO | BUSTOS MARIA | 06/12/2007 |
| 2007-M1-158194 | CAVALRY PORTFOLIO | KETCHUM LAMAR | 06/12/2007 |
| 2007-M1-158195 | CAVALRY PORTFOLIO | CHOI CHANGSOO | 06/12/2007 |
| 2007-M1-158196 | CAVALRY PORTFOLIO | FARLAND ELENER | 06/12/2007 |
| 2007-M1-157208 | CAVALRY PORTFOLIO | WRIGHT ROBERT | 06/08/2007 |
| 2007-M1-157209 | CAVALRY PORTFOLIO | FLORES MARIO | 06/08/2007 |
| 2007-M1-157210 | CAVALRY PORTFOLIO | POORBAUGH KRIS | 06/08/2007 |
| 2007-M1-157211 | CAVALRY PORTFOLIO | SALERNO ANTHONY | 06/08/2007 |
| 2007-M1- | CAVALRY | | |

| | | | |
|---|---|---|---|
| 157212 | PORTFOLIO | DERAKHSHANDEH ROSE | 06/08/2007 |
| 2007-M1-157213 | CAVALRY PORTFOLIO | SHWORLES DAVID C | 06/08/2007 |
| 2007-M1-157214 | CAVALRY PORTFOLIO | DOWD DOUGLAS | 06/08/2007 |
| 2007-M1-157215 | CAVALRY PORTFOLIO | LOVE JAINELLE | 06/08/2007 |
| 2007-M1-157216 | CAVALRY PORTFOLIO | PULLEY ONDRAY | 06/08/2007 |
| 2007-M1-157217 | CAVALRY PORTFOLIO | MACON MAURICE | 06/08/2007 |
| 2007-M1-157218 | CAVALRY PORTFOLIO | MAPPS JOHNNY | 06/08/2007 |
| 2007-M1-157219 | CAVALRY PORTFOLIO | KACHINSKI TILLIE | 06/08/2007 |
| 2007-M1-157220 | CAVALRY PORTFOLIO | JOHNSON MARY | 06/08/2007 |
| 2007-M1-157221 | CAVALRY PORTFOLIO | JACKSON MARTHA | 06/08/2007 |
| 2007-M1-157222 | CAVALRY PORTFOLIO | ROBLES HECTOR | 06/08/2007 |
| 2007-M1-157223 | CAVALRY PORTFOLIO | LEE DAMIEN | 06/08/2007 |
| 2007-M1-157224 | CAVALRY PORTFOLIO | ORTIZ EDITH | 06/08/2007 |
| 2007-M1-157227 | CAVALRY PORTFOLIO | ALLEN JESSE | 06/08/2007 |
| 2007-M1-157229 | CAVALRY PORTFOLIO | CUNNINGHAM ROSA L | 06/08/2007 |
| 2007-M1-155268 | CAVALRY PORTFOLIO | PRICE TAMMI REN | 06/05/2007 |
| 2007-M1-151689 | CAVALRY PORTFOLIO | JUNG KYUNG J | 05/24/2007 |
| 2007-M1-152011 | CAVALRY PORTFOLIO | BOYCE KEITH | 05/24/2007 |
| 2007-M1-152094 | CAVALRY PORTFOLIO | YOUNG RUBY | 05/24/2007 |
| 2007-M1-152095 | CAVALRY PORTFOLIO | JONES BRANDI B WHI | 05/24/2007 |
| 2007-M1-152143 | CAVALRY PORTFOLIO | SCULLARK TORY | 05/24/2007 |
| 2007-M1-152144 | CAVALRY PORTFOLIO | SMITH WILNA | 05/24/2007 |

| | | | |
|---|---|---|---|
| 2007-M1-152145 | CAVALRY PORTFOLIO | LINZY JEANNETTE | 05/24/2007 |
| 2007-M1-152146 | CAVALRY PORTFOLIO | ARANDA ERICA | 05/24/2007 |
| 2007-M1-152147 | CAVALRY PORTFOLIO | WYNN JOHN | 05/24/2007 |
| 2007-M1-152148 | CAVALRY PORTFOLIO | RUIZ JOSE | 05/24/2007 |
| 2007-M1-152149 | CAVALRY PORTFOLIO | THANDAR LEVERN | 05/24/2007 |
| 2007-M1-152150 | CAVALRY PORTFOLIO | SMITH JAMES | 05/24/2007 |
| 2007-M1-152151 | CAVALRY PORTFOLIO | LEWIS ANTHONY | 05/24/2007 |
| 2007-M1-152152 | CAVALRY PORTFOLIO | SMITH KATHRYN | 05/24/2007 |
| 2007-M1-152153 | CAVALRY PORTFOLIO | TSOGTBAATAR IDER | 05/24/2007 |
| 2007-M1-152154 | CAVALRY PORTFOLIO | TAJKAWSKI HANK | 05/24/2007 |
| 2007-M1-152155 | CAVALRY PORTFOLIO | TIMMONS CAROLYN | 05/24/2007 |
| 2007-M1-152156 | CAVALRY PORTFOLIO | MELENDEZ ROSENNE | 05/24/2007 |
| 2007-M1-152157 | CAVALRY PORTFOLIO | FORTIER LOLA | 05/24/2007 |
| 2007-M1-152158 | CAVALRY PORTFOLIO | CHEERS LITOUNA | 05/24/2007 |
| 2007-M1-152159 | CAVALRY PORTFOLIO | DAVIS VEIKETA | 05/24/2007 |
| 2007-M1-152160 | CAVALRY PORTFOLIO | JACKSON JAMES | 05/24/2007 |
| 2007-M1-152161 | CAVALRY PORTFOLIO | ROSE BERTHAL | 05/24/2007 |
| 2007-M1-152162 | CAVALRY PORTFOLIO | GARCIA PATRICIO | 05/24/2007 |
| 2007-M1-152163 | CAVALRY PORTFOLIO | SCHNETZER ROBERT O | 05/24/2007 |
| 2007-M1-152164 | CAVALRY PORTFOLIO | HOOKS DEBRA | 05/24/2007 |
| 2007-M1-152165 | CAVALRY PORTFOLIO | RAYMOND KATHLEEN | 05/24/2007 |
| 2007-M1- | CAVALRY | | |

| | | | |
|---|---|---|---|
| 152166 | PORTFOLIO | DALIPI CATHY | 05/24/2007 |
| 2007-M1-152167 | CAVALRY PORTFOLIO | MCENTEE SHERRI M | 05/24/2007 |
| 2007-M1-152168 | CAVALRY PORTFOLIO | MORAN FRANK | 05/24/2007 |
| 2007-M1-152169 | CAVALRY PORTFOLIO | MIOCINOVIC JOVEN | 05/24/2007 |
| 2007-M1-152170 | CAVALRY PORTFOLIO | BROWN DENISE | 05/24/2007 |
| 2007-M1-152172 | CAVALRY PORTFOLIO | COWLEY BETTY | 05/24/2007 |
| 2007-M1-151601 | CAVALRY PORTFOLIO | SILK VALERIE S | 05/23/2007 |
| 2007-M1-151603 | CAVALRY PORTFOLIO | SANDERS DWONA | 05/23/2007 |
| 2007-M1-151606 | CAVALRY PORTFOLIO | ARMSTRONG LILLIE | 05/23/2007 |
| 2007-M1-151607 | CAVALRY PORTFOLIO | ANDERSON JOANN | 05/23/2007 |
| 2007-M1-151610 | CAVALRY PORTFOLIO | WILLIAMS TONY | 05/23/2007 |
| 2007-M1-151612 | CAVALRY PORTFOLIO | COOKS JIMMY DALE | 05/23/2007 |
| 2007-M1-151614 | CAVALRY PORTFOLIO | SMITH DEMETRIS | 05/23/2007 |
| 2007-M1-151617 | CAVALRY PORTFOLIO | FLORES RAMIRO | 05/23/2007 |
| 2007-M1-151619 | CAVALRY PORTFOLIO | NIVEN ROBERT | 05/23/2007 |
| 2007-M1-151622 | CAVALRY PORTFOLIO | POTEPA EDWARD | 05/23/2007 |
| 2007-M1-151623 | CAVALRY PORTFOLIO | LIZZIO DAWN M | 05/23/2007 |
| 2007-M1-151624 | CAVALRY PORTFOLIO | RAMOZ RUBEN | 05/23/2007 |
| 2007-M1-148614 | CAVALRY PORTFOLIO | WIGGINS SHEILA A | 05/15/2007 |
| 2007-M1-148615 | CAVALRY PORTFOLIO | LOVE MYISHA K | 05/15/2007 |
| 2007-M1-148617 | CAVALRY PORTFOLIO | BREWER LEVAIE | 05/15/2007 |
| 2007-M1-148618 | CAVALRY PORTFOLIO | TATE TREVONE | 05/15/2007 |

| 2007-M1-148619 | CAVALRY PORTFOLIO | DE ROJAS MICAELA R | 05/15/2007 |
|---|---|---|---|
| 2007-M1-148621 | CAVALRY PORTFOLIO | STEVEN PACE | 05/15/2007 |
| 2007-M1-148622 | CAVALRY PORTFOLIO | SHANNON DELORES | 05/15/2007 |
| 2007-M1-148624 | CAVALRY PORTFOLIO | TOMLINSON MARY | 05/15/2007 |
| 2007-M1-148625 | CAVALRY PORTFOLIO | HEAD BRYCE | 05/15/2007 |
| 2007-M1-148626 | CAVALRY PORTFOLIO | MCGEE KIMBERLY | 05/15/2007 |
| 2007-M1-148628 | CAVALRY PORTFOLIO | MARSH SUNDEE | 05/15/2007 |
| 2007-M1-148629 | CAVALRY PORTFOLIO | MARTIN ERICKA | 05/15/2007 |
| 2007-M1-148631 | CAVALRY PORTFOLIO | NASH ANDERSON R | 05/15/2007 |
| 2007-M1-148632 | CAVALRY PORTFOLIO | WYNN DONALD J | 05/15/2007 |
| 2007-M1-148633 | CAVALRY PORTFOLIO | MUSARD JASON | 05/15/2007 |
| 2007-M1-148635 | CAVALRY PORTFOLIO | KING FLORENCE | 05/15/2007 |
| 2007-M1-148636 | CAVALRY PORTFOLIO | VICENCIO MARCELA | 05/15/2007 |
| 2007-M1-148638 | CAVALRY PORTFOLIO | BRADDOCK SHIRLEY | 05/15/2007 |
| 2007-M1-148639 | CAVALRY PORTFOLIO | SANCHEZ JULIO | 05/15/2007 |
| 2007-M1-148641 | CAVALRY PORTFOLIO | WEAVER TIMOTHY J | 05/15/2007 |
| 2007-M1-148642 | CAVALRY PORTFOLIO | JACKSON JASMIN N | 05/15/2007 |
| 2007-M1-148644 | CAVALRY PORTFOLIO | PALMER MELODY | 05/15/2007 |
| 2007-M1-148645 | CAVALRY PORTFOLIO | TINNELLE COLETTE | 05/15/2007 |
| 2007-M1-148646 | CAVALRY PORTFOLIO | ALTMAN SEDWICK | 05/15/2007 |
| 2007-M1-148647 | CAVALRY PORTFOLIO | BARREN FLORENCIA | 05/15/2007 |
| 2007-M1- | CAVALRY | | |

| | | | |
|---|---|---|---|
| 148648 | PORTFOLIO | STOKES ROOSEVELT | 05/15/2007 |
| 2007-M1-148649 | CAVALRY PORTFOLIO | GALLEGOS PAULIE | 05/15/2007 |
| 2007-M1-148650 | CAVALRY PORTFOLIO | MOJICA ORIEL B | 05/15/2007 |
| 2007-M1-148651 | CAVALRY PORTFOLIO | BHARGI ANIL | 05/15/2007 |
| 2007-M1-148006 | CAVALRY PORTFOLIO | GONZALES JAMES E | 05/14/2007 |
| 2007-M1-148007 | CAVALRY PORTFOLIO | MEDINA BOBBY | 05/14/2007 |
| 2007-M1-148008 | CAVALRY PORTFOLIO | ROOKS NATOSHA | 05/14/2007 |
| 2007-M1-148009 | CAVALRY PORTFOLIO | WILLIAMS FRANCES | 05/14/2007 |
| 2007-M1-148010 | CAVALRY PORTFOLIO | HAYWOOD KAMILAH | 05/14/2007 |
| 2007-M1-148011 | CAVALRY PORTFOLIO | CROSSLEY TAMEKA N | 05/14/2007 |
| 2007-M1-148012 | CAVALRY PORTFOLIO | JONES CLARENCE | 05/14/2007 |
| 2007-M1-148013 | CAVALRY PORTFOLIO | BUCHANAN NEAL | 05/14/2007 |
| 2007-M1-148014 | CAVALRY PORTFOLIO | WALKER DARRELL R | 05/14/2007 |
| 2007-M1-148015 | CAVALRY PORTFOLIO | MONTGOMERY LEROY | 05/14/2007 |
| 2007-M1-148016 | CAVALRY PORTFOLIO | JACKSON ALONZO | 05/14/2007 |
| 2007-M1-148038 | CAVALRY PORTFOLIO | HONORABLE ALLEN | 05/14/2007 |
| 2007-M1-148039 | CAVALRY PORTFOLIO | HERNANDEZ MANUEL | 05/14/2007 |
| 2007-M1-148040 | CAVALRY PORTFOLIO | FALLEN MICHELLE | 05/14/2007 |
| 2007-M1-148041 | CAVALRY PORTFOLIO | MONROE VANESSA | 05/14/2007 |
| 2007-M1-148042 | CAVALRY PORTFOLIO | HASSAN EMAD J | 05/14/2007 |
| 2007-M1-148043 | CAVALRY PORTFOLIO | DAMIAN LIDIA A | 05/14/2007 |
| 2007-M1-148044 | CAVALRY PORTFOLIO | PATEL PARSHURAM R | 05/14/2007 |

| 2007-M1-148045 | CAVALRY PORTFOLIO | WILSON LLOYD | 05/14/2007 |
| --- | --- | --- | --- |
| 2007-M1-148046 | CAVALRY PORTFOLIO | LANE ELIZABETH | 05/14/2007 |
| 2007-M1-148049 | CAVALRY PORTFOLIO | MOTON MICHAEL A | 05/14/2007 |
| 2007-M1-148050 | CAVALRY PORTFOLIO | EDMOND KIMBERLY | 05/14/2007 |
| 2007-M1-148052 | CAVALRY PORTFOLIO | HOWARD RENITA S | 05/14/2007 |
| 2007-M1-148054 | CAVALRY PORTFOLIO | MANTAK MICHAEL | 05/14/2007 |
| 2007-M1-148056 | CAVALRY PORTFOLIO | JANKURA DAVID | 05/14/2007 |
| 2007-M1-148058 | CAVALRY PORTFOLIO | SPENCER TRACY | 05/14/2007 |
| 2007-M1-148060 | CAVALRY PORTFOLIO | TAYLOR STEVISON | 05/14/2007 |
| 2007-M1-148062 | CAVALRY PORTFOLIO | GAZAWNEH ZUHIR | 05/14/2007 |
| 2007-M1-142261 | CAVALRY PORTFOLIO | JOHNSON LESLIE | 05/01/2007 |
| 2007-M1-142262 | CAVALRY PORTFOLIO | HERRING TONIENE | 05/01/2007 |
| 2007-M1-600625 | CAVALRY PORTFOLIO | NWANZE WILMA T | 04/30/2007 |
| 2007-M1-600626 | CAVALRY PORTFOLIO | HYMON JAMES L | 04/30/2007 |
| 2007-M1-136060 | CAVALRY PORTFOLIO | HOPKINS NEFERTITI | 04/17/2007 |
| 2007-M1-136062 | CAVALRY PORTFOLIO | MOORER BROADY | 04/17/2007 |
| 2007-M1-136064 | CAVALRY PORTFOLIO | HALL QUANETTE | 04/17/2007 |
| 2007-M1-136065 | CAVALRY PORTFOLIO | RODRIGUEZ JOHNNY | 04/17/2007 |
| 2007-M1-136066 | CAVALRY PORTFOLIO | PARKER TIFFANY | 04/17/2007 |
| 2007-M1-136067 | CAVALRY PORTFOLIO | SHELTON SHANNON L | 04/17/2007 |
| 2007-M1-136068 | CAVALRY PORTFOLIO | CARRILLO TRACY | 04/17/2007 |
| 2007-M1- | CAVALRY | | |

| | | | |
|---|---|---|---|
| 136069 | PORTFOLIO | MOORE CHRISTINE | 04/17/2007 |
| 2007-M1-136070 | CAVALRY PORTFOLIO | CHAPLIN LYNN | 04/17/2007 |
| 2007-M1-136071 | CAVALRY PORTFOLIO | CARROLL SHARONNE | 04/17/2007 |
| 2007-M1-136072 | CAVALRY PORTFOLIO | DAVID CHARLES | 04/17/2007 |
| 2007-M1-136073 | CAVALRY PORTFOLIO | STRONG CYNTHIA | 04/17/2007 |
| 2007-M1-136074 | CAVALRY PORTFOLIO | ECHOLS RAMON | 04/17/2007 |
| 2007-M1-136075 | CAVALRY PORTFOLIO | MOHAMMED ISMAEL | 04/17/2007 |
| 2007-M1-136077 | CAVALRY PORTFOLIO | CRUZ ESTELA M | 04/17/2007 |
| 2007-M1-136080 | CAVALRY PORTFOLIO | CARR MERCEDES | 04/17/2007 |
| 2007-M1-136082 | CAVALRY PORTFOLIO | BOYCE TAMEKA | 04/17/2007 |
| 2007-M1-136085 | CAVALRY PORTFOLIO | THOMPSON KEANI | 04/17/2007 |
| 2007-M1-136087 | CAVALRY PORTFOLIO | MONTGOMERY TAURESH | 04/17/2007 |
| 2007-M1-136089 | CAVALRY PORTFOLIO | BAKER AARON | 04/17/2007 |
| 2007-M1-136091 | CAVALRY PORTFOLIO | PRICE MICHAEL | 04/17/2007 |
| 2007-M1-136093 | CAVALRY PORTFOLIO | WATKINS GEORGE A | 04/17/2007 |
| 2007-M1-136094 | CAVALRY PORTFOLIO | RODRIGUEZ BRENDA | 04/17/2007 |
| 2007-M1-136095 | CAVALRY PORTFOLIO | BENNETT OLIVIA | 04/17/2007 |
| 2007-M1-136096 | CAVALRY PORTFOLIO | KAUPOVICK EDWARD | 04/17/2007 |
| 2007-M1-136097 | CAVALRY PORTFOLIO | ANDERSON MARGARET | 04/17/2007 |
| 2007-M1-136098 | CAVALRY PORTFOLIO | ALLEGRETT ANTHONY | 04/17/2007 |
| 2007-M1-132541 | CAVALRY PORTFOLIO | SANTORO DAWN M | 04/11/2007 |
| 2007-M1-131326 | CAVALRY PORTFOLIO | MCNEAL DERRICK | 04/10/2007 |

| | | | |
|---|---|---|---|
| 2007-M1-131327 | CAVALRY PORTFOLIO | GREEN AUNDRE | 04/10/2007 |
| 2007-M1-131328 | CAVALRY PORTFOLIO | SCARBROUGH DARRYL | 04/10/2007 |
| 2007-M1-131329 | CAVALRY PORTFOLIO | JACKSON TONDILIA | 04/10/2007 |
| 2007-M1-131330 | CAVALRY PORTFOLIO | BURCH ERICK | 04/10/2007 |
| 2007-M1-131331 | CAVALRY PORTFOLIO | MARIN RICHARD | 04/10/2007 |
| 2007-M1-131332 | CAVALRY PORTFOLIO | SANTANA CARMELO | 04/10/2007 |
| 2007-M1-131333 | CAVALRY PORTFOLIO | SCHOENFELD BARBARA | 04/10/2007 |
| 2007-M1-131334 | CAVALRY PORTFOLIO | HAMBLIN BRENDA | 04/10/2007 |
| 2007-M1-131335 | CAVALRY PORTFOLIO | BISHOP SERRIA | 04/10/2007 |
| 2007-M1-131336 | CAVALRY PORTFOLIO | GROCER WOODROW | 04/10/2007 |
| 2007-M1-131337 | CAVALRY PORTFOLIO | ZUNIGA ANNA L | 04/10/2007 |
| 2007-M1-131338 | CAVALRY PORTFOLIO | MAXCY ANTHONY | 04/10/2007 |
| 2007-M1-131339 | CAVALRY PORTFOLIO | JIMENEZ ARMANDO | 04/10/2007 |
| 2007-M1-131340 | CAVALRY PORTFOLIO | FELICIANO EFRAIN | 04/10/2007 |
| 2007-M1-131341 | CAVALRY PORTFOLIO | FERATOVIC ABEL | 04/10/2007 |
| 2007-M1-131342 | CAVALRY PORTFOLIO | TORRES JOSE | 04/10/2007 |
| 2007-M1-131343 | CAVALRY PORTFOLIO | WAHEED SHIRLE | 04/10/2007 |
| 2007-M1-131344 | CAVALRY PORTFOLIO | HOWARD WILLIE | 04/10/2007 |
| 2007-M1-126991 | CAVALRY PORTFOLIO | THIBODEAU WILLIAM | 03/30/2007 |
| 2007-M1-127395 | CAVALRY PORTFOLIO | EGWUEKWE SONNY | 03/30/2007 |
| 2007-M1-127397 | CAVALRY PORTFOLIO | FLEMING ADLEAN | 03/30/2007 |
| 2007-M1- | CAVALRY | | |

| 127398 | PORTFOLIO | MUJ MARCEL | 03/30/2007 |
|---|---|---|---|
| 2007-M1-127399 | CAVALRY PORTFOLIO | AVERHART DEMETURIS | 03/30/2007 |
| 2007-M1-127400 | CAVALRY PORTFOLIO | MCPHERSON GERALD L | 03/30/2007 |
| 2007-M1-127402 | CAVALRY PORTFOLIO | MAYS EUGENE M | 03/30/2007 |
| 2007-M1-127404 | CAVALRY PORTFOLIO | MCGOWAN BRIAN K | 03/30/2007 |
| 2007-M1-127405 | CAVALRY PORTFOLIO | VAUGHN RASHONDA R | 03/30/2007 |
| 2007-M1-127407 | CAVALRY PORTFOLIO | KING ALONZO | 03/30/2007 |
| 2007-M1-127408 | CAVALRY PORTFOLIO | FULLER GERRIANNE R | 03/30/2007 |
| 2007-M1-127410 | CAVALRY PORTFOLIO | HOFLING AGUSTIN | 03/30/2007 |
| 2007-M1-126640 | CAVALRY PORTFOLIO | CUMMINGS STACY | 03/29/2007 |
| 2007-M1-126641 | CAVALRY PORTFOLIO | GIBSON MARTHA | 03/29/2007 |
| 2007-M1-126642 | CAVALRY PORTFOLIO | NORWOOD TAMMY | 03/29/2007 |
| 2007-M1-126643 | CAVALRY PORTFOLIO | KREATSOULAS APOSTO | 03/29/2007 |
| 2007-M1-126644 | CAVALRY PORTFOLIO | KAHARUDIN SANDRA | 03/29/2007 |
| 2007-M1-126645 | CAVALRY PORTFOLIO | NAGY BEATRICE | 03/29/2007 |
| 2007-M1-126646 | CAVALRY PORTFOLIO | SANDORA LEON T | 03/29/2007 |
| 2007-M1-126256 | CAVALRY PORTFOLIO | BURTON THOMAS | 03/28/2007 |
| 2007-M1-126257 | CAVALRY PORTFOLIO | CORONA JAVIER | 03/28/2007 |
| 2007-M1-126258 | CAVALRY PORTFOLIO | YARBROUGH CLOTEAL | 03/28/2007 |
| 2007-M1-126259 | CAVALRY PORTFOLIO | STAMPS LYMON | 03/28/2007 |
| 2007-M1-126260 | CAVALRY PORTFOLIO | CARRENO ROBERTO | 03/28/2007 |
| 2007-M1-126261 | CAVALRY PORTFOLIO | DAILEY PAMELA | 03/28/2007 |

| 2007-M1-126262 | CAVALRY PORTFOLIO | EPPERSON BRANDI M | 03/28/2007 |
|---|---|---|---|
| 2007-M1-126263 | CAVALRY PORTFOLIO | REDMOND KELLY CELE | 03/28/2007 |
| 2007-M1-126285 | CAVALRY PORTFOLIO | WILLIAMS ANTHONY | 03/28/2007 |
| 2007-M1-126286 | CAVALRY PORTFOLIO | BURNETT DELILAH | 03/28/2007 |
| 2007-M1-126287 | CAVALRY PORTFOLIO | CASALES ROCIO | 03/28/2007 |
| 2007-M1-126289 | CAVALRY PORTFOLIO | FIELDS RICKEY | 03/28/2007 |
| 2007-M1-126290 | CAVALRY PORTFOLIO | OWENS NOVELLA | 03/28/2007 |
| 2007-M1-126291 | CAVALRY PORTFOLIO | QUINN DISHON | 03/28/2007 |
| 2007-M1-126293 | CAVALRY PORTFOLIO | WEAVER JULIA | 03/28/2007 |
| 2007-M1-126294 | CAVALRY PORTFOLIO | ABADA ABDELHAQ | 03/28/2007 |
| 2007-M1-126305 | CAVALRY PORTFOLIO | JAY DAWN | 03/28/2007 |
| 2007-M1-126306 | CAVALRY PORTFOLIO | WHITE TANISHA | 03/28/2007 |
| 2007-M1-126309 | CAVALRY PORTFOLIO | GIPSON DOROTHY | 03/28/2007 |
| 2007-M1-126311 | CAVALRY PORTFOLIO | BOURNES MARY | 03/28/2007 |
| 2007-M1-124252 | CAVALRY PORTFOLIO | ALTMAN JEROME | 03/23/2007 |
| 2007-M1-121279 | CAVALRY PORTFOLIO | BURNS WILLIAM D | 03/14/2007 |
| 2007-M1-121280 | CAVALRY PORTFOLIO | DAVILA HORACIO | 03/14/2007 |
| 2007-M1-121281 | CAVALRY PORTFOLIO | SMITH EZELL | 03/14/2007 |
| 2007-M1-121282 | CAVALRY PORTFOLIO | WINFIELD DAMETRIUS | 03/14/2007 |
| 2007-M1-121284 | CAVALRY PORTFOLIO | JIMENEZ ERNESTO | 03/14/2007 |
| 2007-M1-121285 | CAVALRY PORTFOLIO | PARK SANG | 03/14/2007 |
| 2007-M1- | CAVALRY | | |

| | | | |
|---|---|---|---|
| 121286 | PORTFOLIO | MORRIS WILLIE | 03/14/2007 |
| 2007-M1-121287 | CAVALRY PORTFOLIO | JONES EVERETT A | 03/14/2007 |
| 2007-M1-121288 | CAVALRY PORTFOLIO | HARVEY KEVIN | 03/14/2007 |
| 2007-M1-121289 | CAVALRY PORTFOLIO | PISCITELLO VICTOR | 03/14/2007 |
| 2007-M1-121290 | CAVALRY PORTFOLIO | DUGGAN WILLIAM L | 03/14/2007 |
| 2007-M1-121291 | CAVALRY PORTFOLIO | AJAJ AMENA N | 03/14/2007 |
| 2007-M1-121293 | CAVALRY PORTFOLIO | WILLIAMS JOSEPH | 03/14/2007 |
| 2007-M1-121294 | CAVALRY PORTFOLIO | YOUNG KEVIN | 03/14/2007 |
| 2007-M1-121295 | CAVALRY PORTFOLIO | HUNTER BEVERLY A | 03/14/2007 |
| 2007-M1-121296 | CAVALRY PORTFOLIO | HENDRICKS WILLIAM | 03/14/2007 |
| 2007-M1-121297 | CAVALRY PORTFOLIO | DANIELS LORINE S | 03/14/2007 |
| 2007-M1-121298 | CAVALRY PORTFOLIO | PROSSER JASON T | 03/14/2007 |
| 2007-M1-121299 | CAVALRY PORTFOLIO | PATTERSON ROCHELLE | 03/14/2007 |
| 2007-M1-120309 | CAVALRY PORTFOLIO | CLAUDE REGINE J | 03/13/2007 |
| 2007-M1-120311 | CAVALRY PORTFOLIO | JACKSON CYNTHIA | 03/13/2007 |
| 2007-M1-120312 | CAVALRY PORTFOLIO | COX CAMECIA R | 03/13/2007 |
| 2007-M1-120313 | CAVALRY PORTFOLIO | GORDILLO RONALD D | 03/13/2007 |
| 2007-M1-120314 | CAVALRY PORTFOLIO | LATIFI JABEEN | 03/13/2007 |
| 2007-M1-120315 | CAVALRY PORTFOLIO | BRADLEY COLLEEN B | 03/13/2007 |
| 2007-M1-120317 | CAVALRY PORTFOLIO | NEELY HEATHER M | 03/13/2007 |
| 2007-M1-120318 | CAVALRY PORTFOLIO | CALZONE ADAM | 03/13/2007 |
| 2007-M1-119139 | CAVALRY PORTFOLIO | HALL MARK | 03/09/2007 |