# APPENDIX B

# AFFIDAVIT OF CLAIM

STATE OF     NEW YORK    )
                                    ) SS
COUNTY OF    WESTCHESTER )

RE: Cavalry Portfolio Services, LLC as assignee of Cavalry Investments, LLC as assignee of U.S. BANK (original creditor).

vs.

## ANTONIO SIMS

I, Cristina Duraes, employee of Cavalry Portfolio Services, LLC as assignee of Cavalry Investments, LLC, being duly sworn on oath say:

- I am acting in the capacity of Legal Administrator for my employer Cavalry Portfolio Services, LLC as assignee of Cavalry Investments, LLC organized in Delaware and doing business under the laws of the state of New York. In performing recovery services for Cavalry Portfolio Services, LLC as assignee of Cavalry Investments, LLC. I am familiar with the manner and method by which Cavalry Portfolio Services, LLC as assignee of Cavalry Investments, LLC maintains the books and records of its accounts and its affiliates' accounts.

- That the annexed statement of account against ANTONIO SIMS is just, true and correct according to our books and records, that the documents attached to the complaint are true and correct copies of the original and if called as a witness at trial, I can testify as to its contents.

- In the normal course of business, Cavalry Portfolio Services, LLC as assignee of Cavalry Investments, LLC maintains computerized account records for accountholders who have delinquent credit accounts. Cavalry Portfolio Services, LLC as assignee of Cavalry Investments, LLC maintains such records in the ordinary and routine course of business and is charged with the duty to accurately record any business act, condition or event onto the computer record maintained for the accounts, with the entries made at or very near the time of any such occurrence. I have reviewed the applicable computer record as it relates to the above accountholder's credit account, and I make this declaration based upon information from that review, and if called as a witness, I could testify to the following based on that review.

- The balance due and owing to Cavalry Portfolio Services, LLC as assignee of Cavalry Investments, LLC by the accountholder(s) on the account as of the date hereof is $9668.86 (principal balance), plus interest at the rate of 19.8% plus cost and attorney fees where applicable and provided in the contractual agreement.

- That the Defendant, if an individual, is not believed to be an active member of any branch of the armed forces of the United States of America, which belief is based upon Plaintiff's personal knowledge, review of credit application and/or credit reports and documents.

- Upon information and belief, no Defendant is an infant, incompetent or in the military service.

- Under oath, I am authorized to make this affidavit for Cavalry Portfolio Services, LLC as assignee of Cavalry Investments, LLC, and I am informed and believe the above statements are true and correct.

*Cristina Duraes*
Legal Administrator

Subscribed and sworn to before me on 12/19/2005

DAWN M. FANNING
Notary Public, State of New York
No. 01FA6091579
Qualified in Westchester County
Commission Expires April 28, 2007