# APPENDIX C

**Cavalry**

7 SKYLINE DRIVE HAWTHORNE NY 10532     (800) 724-1757

12/19/2005

ANTONIO SIMS
1226 N CENTRAL AVE
CHICAGO IL 60651

## Statement of Account

| | |
|---|---|
| Cavalry Reference Number: | 01042991 |
| Original Account Number: | 11200162816120001 |
| Original Institution: | U.S. BANK |
| | |
| Current Statement Date | 12/19/2005 |
| Date of Charge Off | 9/7/2000 |
| Date of Purchase | 6/7/2002 |
| Last Payment Date | |
| Principal as of 12/19/2005 | 9668.86 |
| Accumulated Interest | $10023.23 |
| Account Balance | $19692.09 |
| Costs | $0 |
| Other Charges | $0 |
| Interest Rate | 19.8% |

Please be advised this communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.