**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ANTONIO SIMS, | ) | |
| individually and on behalf of the | ) | |
| classes defined herein, | ) | 08-cv-464 |
| | ) | |
| Plaintiff, | ) | |
| | ) | Judge Bucklo |
| vs. | ) | Magistrate Judge Nolan |
| | ) | |
| CAVALRY INVESTMENTS, LLC, | ) | |
| and CAVALRY PORTFOLIO SERVICES, LLC, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

**To:**     **(See attached service list.)**

**PLEASE TAKE NOTICE** that on Wednesday, February 13, 2008 at 9:30a.m., we will appear before Judge Bucklo in Room 1441 of the United States District Court, for the Northern District of Illinois, 219 S. Dearborn St., Chicago, IL 60604, and present: **PLAINTIFF'S MOTION FOR CLASS CERTIFICATION.**

                    s/ Daniel A. Edelman
                    Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Tiffany N. Hardy
EDELMAN, COMBS, LATTURNER
        & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

I, Daniel A. Edelman, hereby certify that on February 7, 2008, the foregoing document was filed electronically. A copy of the foregoing document was served via hand delivery on the following individuals:

**Cavalry Portfolio Services, LLC**
c/o registered agent
CT Corporation System
208 S. LaSalle St., Suite 814
Chicago, IL 60604

**Cavalry Investments, LLC**
c/o registered agent
CT Corporation System
208 S. LaSalle St., Suite 814
Chicago, IL 60604

s/Daniel A. Edelman
Daniel A. Edelman