-

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| ANTONIO SIMS,<br><br>         Plaintiff,<br>v.<br><br>CAVALRY INVESTMENTS, LLC,<br>and CAVALRY PORTFOLIO SERVICES,<br>LLC,<br><br>         Defendants. | )<br>)<br>)<br>)<br>)<br>) COURT FILE NO. 08 CV 464<br>)<br>) Judge Bucklo<br>)<br>)<br>)<br>)<br>) |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**CAVALRY INVESTMENTS, LLC and CAVALRY PORTFOLIO SERVICES, LLC**

| |
|---|
| SIGNATURE  s/Todd P. Stelter |
| FIRM  Hinshaw & Culbertson LLP |
| STREET ADDRESS  222 N. LaSalle Street, Suite 300 |
| CITY/STATE/ZIP  Chicago, Illinois 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6278521 | TELEPHONE NUMBER<br>312-704-3000 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ | NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTONIO SIMS, | ) |
|          Plaintiff, | ) |
| v. | ) COURT FILE NO. 08 CV 464 |
| CAVALRY INVESTMENTS, LLC, and CAVALRY PORTFOLIO SERVICES, LLC, | ) Judge Bucklo |
|          Defendants. | ) |

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 18, 2008, I electronically filed an **APPEARANCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

**Daniel Edelman**
dedelman@edcombs.com

                                                  Respectfully submitted,

                                                  By:    s/Todd P. Stelter
                                                           One of its attorneys

Todd P. Stelter
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Ste 300
Chicago, IL 60601
(312) 704-3000

6284642v1 885721