## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| ANTONIO SIMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) COURT FILE NO. 08 CV 464 |
| CAVALRY INVESTMENTS, LLC, | ) |
| and CAVALRY PORTFOLIO SERVICES, | ) Judge Bucklo |
| LLC, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

## MOTION FOR EXTENSION OF TIME

Defendants, CAVALRY INVESTMENTS, LLC, and CAVALRY PORTFOLIO

SERVICES, LLC, by their attorney, Todd P. Stelter, and pursuant to Federal Rule of Civil

Procedure 6(b), respectfully request that this court grant a 21 day extension of time, or up until

March 26, 2008, to file a responsive pleading to Plaintiff's Complaint, and in support thereof,

states as follows:

1.    Plaintiff's Complaint purports to state a claim under the Fair Debt Collection

Practices Act against the defendant.

2.    Plaintiff's Complaint was filed on January 22, 2008, and service was recently

effectuated on defendant.

3.    Defense counsel was recently retained and requires additional time to perform

factual investigation prior to answering or otherwise pleading. This time is not meant for

purposes of unnecessary delay and will not prejudice any party in the litigation. This time is

necessary to analyze the pleading and prepare the appropriate response.

6284652v1 885721

4.      Defense counsel has spoken with counsel for plaintiff and there is no objection to this extension.

WHEREFORE, defendants respectfully requests this court grant an extension of time up to and including March 26, 2008, to file a responsive pleading to Plaintiff's Complaint.

Respectfully submitted,

By: _____s/ Todd P. Stelter_____
One of Its Attorneys

Todd Stelter
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street
Suite 300
Chicago, IL 60601-1081
312-704-3000

6284652v1 885721

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ANTONIO SIMS, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) COURT FILE NO. 08 CV 464 |
| CAVALRY INVESTMENTS, LLC, | ) |
| and CAVALRY PORTFOLIO SERVICES, | ) Judge Bucklo |
| LLC, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 18, 2008, I electronically filed **MOTION FOR EXTENSION OF TIME** with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

**Daniel Edelman**
dedelman@edcombs.com

Respectfully submitted,


By:___ s/Todd P. Stelter_____


Todd P. Stelter
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Ste 300
Chicago, IL 60601
(312) 704-3000

6284652v1 885721