**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ANTONIO SIMS, | ) | |
| individually and on behalf of the | ) | |
| classes defined herein, | ) | 08-cv-464 |
| | ) | |
| Plaintiff, | ) | Judge Bucklo |
| | ) | Magistrate Judge Nolan |
| vs. | ) | |
| | ) | |
| CAVALRY INVESTMENTS, LLC, | ) | |
| and CAVALRY PORTFOLIO SERVICES, LLC, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**REPORT OF PARTIES' PLANNING MEETING**

1. **Meeting:** Pursuant to the Court's standing order and pursuant to Fed. R. Civ. P. 26(f), a meeting was held on February 29, 2008 via telephone and was attended by:

   For Plaintiff Antonio Sims:

   Daniel A. Edelman (Lead Trial Attorney)
   Tiffany N. Hardy
   EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
   120 S. LaSalle Street, 18th Floor
   Chicago, IL 60603
   (312) 739-4200
   (312) 419-0379 (FAX)

   For Defendants Cavalry Investments, LLC and Cavalry Portfolio Services, LLC:

   Todd P. Stelter
   HINSHAW & CULBERTSON, LLP
   222 North LaSalle Street, Suite 300
   Chicago, IL 60601-1081
   (312) 704-3000
   (312) 704-3001 (FAX)

**2.** **Pretrial Schedule:** The parties jointly propose to the court the following discovery plan:

    a.    Discovery will be needed on the following subjects:

        Defendant will need discovery as to whether Plaintiff meets the standard for liability under the applicable statute and as to the appropriateness of a class. If applicable, Defendant will also need discovery regarding any actual damages that Plaintiff and/or any of the potential class members allege.

        Plaintiff will need discovery in support of class certification on the class members' identities, Defendant's debt collection practices, any bona fide error defense raised pursuant to 15 U.S.C. § 1692k(c) and damages pursuant to § 1692k(b)(2).

    b.    Disclosures pursuant to Fed R. Civ. 26(a)(1) to be made by March 21, 2008
All discovery to be commenced in time to be completed by August 1, 2008

    c.    The parties will need approximately 20 depositions:
        Plaintiff will need approximately 10 depositions
        Defendant will need approximately 10 depositions

    d.    Reports from retained experts under Rule 26(a)(2) due:
        from plaintiff by September 30, 2008
        from defendants by October 30, 2008

    e.    All potentially dispositive motions should be filed by December 10, 2008

    f.    Final pretrial order: Plaintiff to prepare proposed draft by _____; parties to file joint pretrial order by _____

    g.    The case should be ready for trial by January 2009 and at this time is expected to take approximately 3 days.

**3.** **Settlement:** At least 14 days prior to the Rule 16(b) scheduling conference, plaintiff is directed to make a written settlement demand to the defendants. At least 7 days prior to the scheduling conference defendants are to respond in writing to plaintiff's settlement demand.

**4.** **Consent:** Parties do not consent unanimously to proceed before a Magistrate Judge.

Date: February 29, 2008

/s/ Tiffany N. Hardy
Tiffany N. Hardy
Counsel for Plaintiffs

Daniel A. Edelman
Tiffany N. Hardy
EDELMAN, COMBS, LATTURNER,
& GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, IL 60603
(312)-739-4200
(312)-419-0379 (FAX)

/s/ Todd P. Stelter
Todd P. Stelter
Counsel for Defendant

Todd P. Stelter
HINSHAW & CULBERTSON, LLP
222 N. LaSalle Street, Suite 300
Chicago, IL 60601
(312) 704-3000
(312) 704-3001 (FAX)

## CERTIFICATE OF SERVICE

      I, Tiffany N. Hardy, hereby certify that on February 29, 2008, the foregoing document was filed electronically.  A copy of the foregoing document was served via the Court's ECF system on the following individuals:

    Todd P. Stelter
    tstelter@hinshawlaw.com

                                                      s/ Tiffany N. Hardy
                                                      Tiffany N. Hardy