# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| ANTONIO SIMS, individually and on behalf of the classes defined herein, | ) ) ) ) | 08-cv-464 |
| Plaintiff, | ) ) | Judge Bucklo |
| | ) | Magistrate Judge Nolan |
| vs. | ) ) | |
| CAVALRY INVESTMENTS, LLC, and CAVALRY PORTFOLIO SERVICES, LLC, | ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF FILING

**To:**   (**See attached service list.**)

      **PLEASE TAKE NOTICE** that, on February 29, 2008, we filed with the Clerk of the United States District Court for the Northern District of Illinois the following document, copies of which are attached and are hereby served upon you: **REPORT OF PARTIES' PLANNING MEETING**.

                                          s/Tiffany N. Hardy
                                           Tiffany N. Hardy

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Tiffany N. Hardy
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, IL  60603
(312) 739-4200
(312) 419-0379 (FAX)

1

## CERTIFICATE OF SERVICE

      I, Tiffany N. Hardy, hereby certify that on February 29, 2008, the foregoing document was filed electronically. A copy of the foregoing document was served via the Court's ECF system on the following individuals:

    Todd P. Stelter
    tstelter@hinshawlaw.com

                                         s/ Tiffany N. Hardy
                                         Tiffany N. Hardy