# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Antonio Sims
                                   Plaintiff,

v.                                                                     Case No.: 1:08−cv−00464
                                                                       Honorable Elaine E. Bucklo

Cavalry Investments, LLC, et al.
                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 5, 2008:

      MINUTE entry before Judge Elaine E. Bucklo :Defendants' motion for extension of time until 3/26/08 to answer or otherwise plead [18] is granted. Scheduling conference held and the court approved parties' scheduling order. Plaintiff shall comply with FRCP(26)(a)(2) by 9/30/08. Defendant shall comply with FRCP(26)(a)(2) by 10/30/08.Discovery ordered closed by 8/1/2008. Dispositive motions with supporting memoranda due by 12/10/2008.Status hearing set for 5/23/2008 at 09:30 AM.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.