**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ANTONIO SIMS, | ) | |
| | ) | 08 C 464 |
| Plaintiff, | ) | Judge Bucklo |
| | ) | Magistrate Judge Nolan |
| vs. | ) | |
| | ) | |
| CAVALRY INVESTMENTS, LLC, | ) | |
| and CAVALRY PORTFOLIO SERVICES, LLC, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF FILING**

**To:** **(See attached service list.**)

     **PLEASE TAKE NOTICE** that, on March 13, 2008, we filed with the Clerk of the United States District Court for the Northern District of Illinois the following document, copies of which are attached and are hereby served upon you: **PLAINTIFF'S AMENDED COMPLAINT**.

                                                  s/Daniel A. Edelman
                                                  Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Tiffany N. Hardy
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

I, Daniel A. Edelman, hereby certify that on March 13, 2008, the foregoing document was filed electronically. A copy of the foregoing document was served via the Court's ECF system on the following individuals:

Todd P. Stelter
tstelter@hinshawlaw.com

                                              s/Daniel A. Edelman
                                              Daniel A. Edelman