IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANTONIO SIMS, | ) | |
| | ) | 08 C 464 |
| Plaintiff, | ) | Judge Bucklo |
| | ) | Magistrate Judge Nolan |
| vs. | ) | |
| | ) | |
| CAVALRY INVESTMENTS, LLC, | ) | |
| and CAVALRY PORTFOLIO SERVICES, LLC, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO WITHDRAW PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

Plaintiff respectfully asks the Court to enter an order withdrawing his motion for class certification.

In support of this motion, plaintiff states as follows:

1. On March 13, 2008, Plaintiff filed an amended complaint.

2. The amended complaint does not contain any class allegations.

3. Plaintiff seeks to withdraw the pending class certification motion in conformity with the amended complaint.

WHEREFORE, Plaintiff respectfully asks the Court to enter an order withdrawing his motion for class certification.

Respectfully submitted,

s/Tiffany N. Hardy
Tiffany N. Hardy

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Tiffany N. Hardy
EDELMAN, COMBS, LATTURNER
      & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

## **CERTIFICATE OF SERVICE**

      I, Tiffany N. Hardy, hereby certify that on March 20, 2008, a true and accurate copy of the foregoing document was filed via the Court's CM/ECF system and notification of such filing was sent to the following parties:

David M. Schultz
dschultz@hinshawlaw.com
courtfiling@hinshawlaw.com

Todd P. Stelter
tstelter@hinshawlaw.com

                                                    s/Tiffany N. Hardy
                                                    Tiffany N. Hardy