**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ANTONIO SIMS, individually and on behalf of the classes defined herein, | ) ) ) ) | 08-cv-464 |
| Plaintiff, | ) ) | Judge Bucklo |
| vs. | ) ) | Magistrate Judge Nolan |
| CAVALRY INVESTMENTS, LLC, and CAVALRY PORTFOLIO SERVICES, LLC, | ) ) ) ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

**To:**     **(See attached service list.)**

      **PLEASE TAKE NOTICE** that on Wednesday, March 26, 2008 at 9:30a.m., we will appear before Judge Bucklo in Room 1441 of the United States District Court, for the Northern District of Illinois, 219 S. Dearborn St., Chicago, IL 60604, and present: **PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO WITHDRAW PLAINTIFF'S MOTION FOR CLASS CERTIFICATION.**

                                                                                s/ Tiffany N. Hardy
                                                                                Tiffany N. Hardy

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Tiffany N. Hardy
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)

## **CERTIFICATE OF SERVICE**

     I, Tiffany N. Hardy, hereby certify that on March 20, 2008, the foregoing document was filed electronically. A copy of the foregoing document was served via hand delivery on the following individuals:

David M. Schultz
dschultz@hinshawlaw.com
courtfiling@hinshawlaw.com

Todd P. Stelter
tstelter@hinshawlaw.com

                                              s/ Tiffany N. Hardy
                                              Tiffany N. Hardy