UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTONIO SIMS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) COURT FILE NO. 08 CV 464 |
| CAVALRY INVESTMENTS, LLC, and CAVALRY PORTFOLIO SERVICES, LLC, | ) ) ) Judge Bucklo ) |
| Defendants. | ) ) ) ) |

### UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendants, CAVALRY INVESTMENTS, LLC, and CAVALRY PORTFOLIO SERVICES, LLC, by their attorney, Todd P. Stelter, and pursuant to Federal Rule of Civil Procedure 6(b), respectfully request that this court grant a fourteen (14) day extension of time, or up until April 17, 2008, to file a responsive pleading to Plaintiff's Amended Complaint, and in support thereof, states as follows:

1. Plaintiff's Amended Complaint purports to state a claim under the Fair Debt Collection Practices Act against the defendants.

2. Plaintiff's initial Complaint was filed on January 22, 2008.

3. Plaintiff recently amended his Complaint and filed an Amended Complaint on March 13, 2008.

4. In addition, plaintiff has recently dropped his class action claims and withdrawn his motion for class certification.

6300994v1 885721

5.  As a result of these developments, counsel for defendants and counsel for plaintiff have engaged in detailed settlement negotiations. An extension is requested so that the parties can continue to engage in settlement negotiations without incurring additional fees. This time is not meant for purposes of unnecessary delay and will not prejudice any party in the litigation. This time may be beneficial in resolving this case.

6.  Defense counsel has spoken with counsel for plaintiff and there is no objection to this extension.

WHEREFORE, defendants respectfully requests this court grant an extension of time up to and including April 17, 2008, to file a responsive pleading to Plaintiff's Amended Complaint.

Respectfully submitted,

By: _____s/ Todd P. Stelter_____
One of Its Attorneys

Todd Stelter
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street
Suite 300
Chicago, IL 60601-1081
312-704-3000

6300994v1 885721

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTONIO SIMS, )<br>)<br>   Plaintiff, )<br> v. )<br>)<br>CAVALRY INVESTMENTS, LLC, )<br>and CAVALRY PORTFOLIO SERVICES, )<br>LLC, )<br>)<br>   Defendants. )<br>)<br>) | COURT FILE NO. 08 CV 464<br><br>Judge Bucklo |

### CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2008, I electronically filed **UNOPPOSED MOTION FOR EXTENSION OF TIME** with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

**Daniel Edelman**
dedelman@edcombs.com

            Respectfully submitted,


            By:_____s/Todd P. Stelter_____


Todd P. Stelter
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Ste 300
Chicago, IL 60601
(312) 704-3000

3

6300994v1 885721