UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTONIO SIMS,<br><br>       Plaintiff,<br><br>v.<br><br>CAVALRY INVESTMENTS, LLC,<br>and CAVALRY PORTFOLIO SERVICES,<br>LLC,<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>) COURT FILE NO. 08 CV 464<br>)<br>) Judge Bucklo<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on the **3rd** day of **April 2008** at **9:30 a.m.**, or as soon thereafter as this Motion may be heard, I shall appear before the Honorable Judge Bucklo, or any judge sitting in his stead in Courtroom 1441 in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, 60604, and shall then and there present **Defendant's Unopposed Motion for Extension of Time**, a copy of which is hereby served upon you.

Respectfully submitted,


By: \_\_\_\_s/Todd P. Stelter\_\_\_\_
One of his attorneys

Todd P. Stelter
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Ste 300
Chicago, IL 60601
(312) 704-3000

6300993v1 885721

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ANTONIO SIMS, | ) |
|       Plaintiff, | ) ) ) |
| v. | ) |
|  | ) COURT FILE NO. 08 CV 464 |
| CAVALRY INVESTMENTS, LLC, and CAVALRY PORTFOLIO SERVICES, LLC, | ) ) Judge Bucklo ) ) |
|       Defendants. | ) ) ) |

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 26, 2008, I electronically filed **NOTICE OF UNPPOSED MOTION FOR EXTENSION OF TIME** with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

**Daniel Edelman**
dedelman@edcombs.com

                                                  Respectfully submitted,


                                            By:____s/Todd P. Stelter_____

Todd P. Stelter
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Ste 300
Chicago, IL 60601
(312) 704-3000

6300993v1 885721