**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ANTONIO SIMS, | ) | |
| | ) | 08 C 464 |
| Plaintiff, | ) | Judge Bucklo |
| | ) | Magistrate Judge Nolan |
| vs. | ) | |
| | ) | |
| CAVALRY INVESTMENTS, LLC, | ) | |
| and CAVALRY PORTFOLIO SERVICES, LLC, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), plaintiff Antonio Sims hereby dismisses this action with prejudice and without costs.

Respectfully submitted,

**ANTONIO SIMS**


By: s/ Tiffany N. Hardy
    Tiffany N. Hardy
       One of His Attorneys

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Tiffany N. Hardy
EDELMAN, COMBS,  LATTURNER & GOODWIN, LLC
120 S. LaSalle St.-18th Floor
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)

**1**

## CERTIFICATE OF SERVICE

I, Tiffany N. Hardy, hereby certify that on May 15, 2008, the foregoing document was filed electronically.  A copy of the foregoing document was served via the Court's ECF system on the following individuals:

David M. Schultz
dschultz@hinshawlaw.com

Todd P. Stelter
tstelter@hinshawlaw.com

s/ Tiffany N. Hardy
Tiffany N. Hardy

**2**